UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Nancy Zimmerman,

        Plaintiff,

vs.                                            Case No.  3:10-cv-275-J-34MCR

AVMED, Inc.,

        Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion for Court Approval of Stipulation for the Production and Exchange of Confidential Information and Documents (Doc. 27) filed November 11, 2010.  Plaintiff consents to Court approval of the stipulation.  (Doc. 27, p. 2).

       Pursuant to Rule 26(c), Federal Rules of Civil Procedure, the Court finds good cause for the entry of a confidentiality order in this case.  Additionally, the Court believes entry of a confidentiality order is appropriate to expedite the flow of discovery material, promote the prompt resolution of disputes over confidentiality, and facilitate the preservation of material arguably worthy of protection.  See McCarthy v. Barnett Bank of Polk County, 876 F.2d 89, 91 (11th Cir. 1989); In re Alexander Grant & Co. Litigation, 820 F.2d 352, 356 (11th Cir. 1987).

       However, in accordance with the policy of the Middle District of Florida, when a party seeks to file a document under seal, the court shall determine the matter upon

motion by the party. See, e.g., United States v. Baez-Alcaino, 718 F. Supp. 1503, 1506-07 (M.D. Fla. 1989). The motions must conform with Local Rule 1.09, which sets forth the procedures to be followed when a party seeks to file motion to seal. See M.D. Fla. R. 1.09. More specifically, Local Rule 1.09(a) requires a motion to seal to include the following:

> (i) an identification and description of each item proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal.

Id. Therefore, the Court has modified the Stipulation for the Protection and Exchange of Confidential Information and Documents.

Accordingly, after due consideration, it is hereby

**ORDERED**:

Defendant's Motion for Court Approval of Stipulation for the Production and Exchange of Confidential Information and Documents (Doc. 27) is **GRANTED in part**. The Court approves the terms of the modified Stipulation for the Protection and Exchange of Confidential Information and Documents attached to this Order. The parties are hereby bound by those terms.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  15th  day of November, 2010.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party